PHILLIP A. TALBERT
United States Attorney
EDWARD A. BAKER
JOHN R. EDWARDS
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

CHAD A. READLER
Acting Assistant Attorney General
MICHAEL D. GRANSTON
MICHAL TINGLE
GREGORY PEARSON
U.S. Department of Justice
Room 9022
601 D Street, NW
Washington, DC 20004
Telephone: (202) 307-6699
Facsimile: (202) 307-3852

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, JEON HESSAM NIROUMAND,<br><br>Plaintiff,<br><br>-vs-<br><br>TELEDYNE TECHNOLOGIES, INC. d/b/a TELEDYNE MEC, TELEDYNE WIRELESS, LLC d/b/a TELEDYNE MEC and TELEDYNE MICROWAVE SOLUTIONS,<br><br>Defendants. | CASE NO. 2:15-CV-1340 WBS KJN<br><br>[~~PROPOSED~~] ORDER ON UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION |

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1. The Complaint (including amendments) be unsealed and served upon the Defendants by the Relator;
2. All other contents of the Court's file in this action remain under seal and not be made public or served upon the Defendants, except for this Order and the United States' Notice of Election to Decline Intervention, which the Relator will serve upon the Defendants only after service of the Complaint;
3. The seal be lifted as to all other matters occurring in this action after the date of this Order;
4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;
5. The parties shall serve all notices of appeal upon the United States;
6. All orders of this Court shall be sent to the United States; and that
7. Should the Relator or the Defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED.

DATED: November 29, 2017

/s/ JOHN A. MENDEZ
for WILLIAM B. SHUBB
JUDGE, U.S. DISTRICT COURT