Brian Davalos, Esq. (SBN 289826)
brian@carrillodavalos.com
**CARRILLO DAVALOS, APLC**
333 E. Channel Street
Stockton, CA 95202
(209) 900-2100  Office
(209) 748-4972  Facsimile

Attorneys for Plaintiff, JEON NIROUMAND

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JEON NIROUMAND<br><br>Plaintiff,<br><br>vs.<br><br>TELEDYNE TECHNOLOGIES INC<br><br>Defendant. | Case No. 2:15-CV-1340 WBS KJN<br><br>**NOTICE AND REQUEST FOR VOLUNTARY DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(i) of Federal Rules of Civil Procedure, the Plaintiff JEON NIROUMAND by and through his counsel of record, hereby request that the Court dismisses the above entitled matter, without prejudice to both the Defendant and the United States with the consent of the United States by and through the US Attorney's Office of the Eastern District of California.

Dated:  February 27, 2018                                            **CARRILLO DAVALOS, APLC**

                                                                                          /s/Davalos, Brian_____
                                                                                          Brian Davalos, Esq.
                                                                                          Attorney for Plaintiff,
                                                                                          JEON NIROUMAND

## ORDER

Pursuant to the foregoing, this Court dismisses the entire case without prejudice.

**IT IS SO ORDERED**

**Dated: February 28, 2018**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE